UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANHATTAN SAFETY MAINE, INC. and RECOVERY EFFORT, INC., Plaintiff, <br><br> -v- <br><br> MICHAEL BOWEN, ARIE GENGER, ARNOLD BROSER, DAVID BROSER, individually and as trustee of the GENGER LITIGATION TRUST, ABDG LLC, TEDCO, INC., and JOHN DOES 1-10 Defendant. | Case No. 19-5642 <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Plaintiffs (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** June 17, 2019

**Signature of Attorney**

**Attorney Bar Code:** MW7734

Form Rule7_1.pdf  SDNY Web 10/2007