UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANHATTAN SAFETY MAINE, INC. and RECOVERY EFFORT, INC., <br><br> Plaintiffs. <br><br> -against- <br><br> MICHAEL BOWEN, ARIE GENGER, ARNOLD BROSER, DAVID BROSER, individually and as trustee of the GENGER LITIGATION TRUST, ABDG LLC, TEDCO, INC., and JOHN DOES 1-10, <br><br> Defendants. | Case No. 1:19-cv-5642 (LGS) <br><br> **Supplemental Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Manhattan Safety Maine, Inc. certifies that the following is the corporate parent of said party: Manhattan Safety Maine, Ltd., a company formed and registered under the laws of St. Kitts.

Date:   September 17, 2019

*/s/ Christopher K. Leung*
**Signature of Attorney**

**Attorney Bar Code:** ___CL 1688_____