```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MANHATTAN SAFETY MAINE, INC., ET                            :
AL.,                                                        :
                                  Plaintiffs,               :   19 Civ. 5642 (LGS)
                                                            :
                   -against-                                :   ORDER
                                                            :
MICHAEL BOWEN, ET AL.,                                      :
                                  Defendants.               :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference was held on October 15, 2019.  It is hereby

**ORDERED** that Plaintiffs may amend the Complaint by **November 8, 2019**.  The motion to dismiss for the amended complaint shall be filed by **December 6, 2019**.  The opposition shall be filed by **January 3, 2020**.  The reply shall be filed by **January 15, 2020**.

Dated: October 16, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**