**Exhibit 2**

```
 1                      UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF NEW YORK
 2

 3   ---------------------------------------X
                                             :
 4   SAGI GENGER,                            :   17-CV-8181 (VSB)(DCF)
                                             :
 5                       Plaintiff,          :
                                             :
 6              v.                           :
                                             :   500 Pearl Street
 7   ORLY GENGER,                            :   New York, New York
                                             :
 8                       Defendant.          :   January 8, 2019
     ---------------------------------------X
 9

10           TRANSCRIPT OF CIVIL CAUSE FOR HEARING
             BEFORE THE HONORABLE DEBRA C. FREEMAN
11                UNITED STATES MAGISTRATE JUDGE

12
     APPEARANCES:
13
     For the Plaintiff:       JOHN DELLAPORTAS, ESQ.
14                            Kelley Drye & Warren, LLP
                              101 Park Avenue
15                            New York, New York 10178

16
     For the Defendant:       MICHAEL BOWEN, ESQ.
17                            ERIC HERSCHMANN, ESQ.
                              ANDREW KURLAND, ESQ.
18                            Kasowitz, Benson, Torres LLP
                              1633 Broadway
19                            New York, New York 10019

20

21   Court Transcriber:       SHARI RIEMER, CET-805
                              TypeWrite Word Processing Service
22                            211 N. Milton Road
                              Saratoga Springs, New York 12866
23

24                       APPEARANCES CONTINUED ON NEXT PAGE.

25
```

Proceedings recorded by electronic sound recording,
transcript produced by transcription service

1   in front of us, and that Arie then whatever he gets, he
2   pledged to Mr. Herschmann.
3           So all of this ends up going -- it forms a perfect
4   circle whereby Orly's assets end up, as long as they're
5   married I assume, be used for the benefit of Orly.  So this is
6   something we definitely need to explore in discovery.  It may
7   be in the accountants.  We have other subpoenas that are
8   before Your Honor as well where we're seeking to vet this, but
9   that's why it's relevant.  Thank you, Your Honor.
10          MR. HERSCHMANN:  Can I respond, Your Honor?  Eric
11  Herschmann.  And this is exactly the point I'm talking about.
12  The issue of what's debt, whether Orly had a mortgage or
13  whether she was lent money subsequent to a 2014 judgment,
14  right, and it's UCC filed, which is what a secured creditor
15  does when they lend money, that's irrelevant.  It's totally
16  irrelevant to judgment enforcement.
17          What he's trying to say is if there's a -- if I go
18  exercise my judgment and if an asset has a lien on it, there's
19  a mortgage on a property, I'm entitled to understand the
20  mortgage and everything else to see whether or not I can get
21  ahead of the mortgage.  That's not what you do in judgment
22  enforcement.  You're checking on what the debtor has, right.
23  But if there's a lien that's been public filed, that's what's
24  happened.
25          The reality of what money got lent and who lent the

1   money and how it was done, that's not relevant to his judgment
2   enforcement.  What he's trying to say is it may be that I
3   think your loans or whatever are fraudulent.  He can suppose
4   that, but he'll have no basis for saying it.  And I think the
5   issue, and that's why, Your Honor, the focus should be on what
6   assets she has.
7            If she owes $100 million or $10 million and that
8   money is owed into a secured creditor and Sagi is an unsecured
9   creditor -- and as Mr. Dellaportas well knows that if this
10  judgment is upheld on appeal, that Orly will file for
11  bankruptcy.  That has been made clear.  There is no dispute
12  about that fact, right.  I don't think Sagi Genger disputes
13  it, Orly Genger has said it under oath.  It has been -- it
14  becomes abundantly clear that's what will transpire.
15           But he's here to pursue assets of Orly or debts that
16  are due and owing to Orly, not what she owes to other parties.
17           THE COURT:  First of all, I don't know what the
18  documents are.  I don't even know -- I'm going to direct this
19  to Mr. Lust -- I don't even know if they're severable.  I
20  don't even know if there are documents that would be produced
21  with respect to debts owed to where you could carve out
22  information about debts owed by without having to be, you
23  know, redacting a document.  There may be a net worth
24  statement or something that has, you know, more than one
25  column in it.