UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MANHATTAN SAFETY MAINE, INC., ET AL.,

                         **Plaintiffs,**                         19-CV-05642 (MKV)(VF)

      **-against-**                                           **ORDER**

MICHAEL BOWEN, ET AL.,

                         **Defendants.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        On November 2, 2020, the parties stated that they would inform the Court as soon as there was a change in the status of the stay motion before the Bankruptcy Court (ECF No. 70). That same day, this case was stayed pending further order of the Court (ECF No. 71). To date, no such status update has been filed on the docket. The parties are directed to submit a joint status update on or before **December 13, 2022**, informing the Court on the status of the bankruptcy proceeding.

**SO ORDERED.**

DATED:     New York, New York
                 December 6, 2022

                                                        VALERIE FIGUEREDO
                                                        United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2022