UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MANHATTAN SAFETY MAINE, INC., ET AL.,

                            **Plaintiffs,**                **19-CV-05642 (MKV)(VF)**

       **-against-**                                    **ORDER**

MICHAEL BOWEN, ET AL.,

                            **Defendants.**

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On April 30, 2025, Plaintiffs filed a motion to lift the stay in this case. See ECF No. 86.

If Defendants plan to respond, they must do so by **Tuesday, May 27, 2025.**

      **SO ORDERED.**

DATED:    New York, New York
               May 5, 2025

                                                          _____
                                                             VALERIE FIGUEREDO
                                                              United States Magistrate Judge