**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 7/22/2025 __

MANHATTAN SAFETY MAINE, INC., ET
AL.,

        Plaintiffs,      **19-CV-05642 (MKV)(VF)**

   -against-           **ORDER**

MICHAEL BOWEN, ET AL.,

        Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

On April 30, 2025, Plaintiffs filed a motion to lift the stay in this case. ECF No. 86.

Defendants opposed the motion on May 27, 2025. ECF No. 88. Plaintiffs filed a reply brief on

May 28, 2025. ECF No. 89. On June 22, 2025, Plaintiffs filed a letter informing the Court that

the Bankruptcy Court had ruled on the then-pending motion to confirm that the automatic stay

did not apply to this case and the Bankruptcy Court had confirmed "that the automatic stay does

not apply to the [Manhattan Safety Maine] Action." ECF No. 90 at 1. Plaintiffs thus reiterated

their request that the Court lift the stay in this action. Id.

Given the Bankruptcy Court's ruling, Plaintiffs' motion to lift the stay in this case is

**GRANTED**. See Bell v. Koss, No. 17-CV-7762 (AT) (DCF), 2020 WL 4570439, at *1

(S.D.N.Y. Aug. 7, 2020) (lifting stay in federal court action once bankruptcy court granted

plaintiff's application for relief from the automatic stay); see also In re G.S. Distribution, Inc.,

331 B.R. 552, 568 (Bankr. S.D.N.Y. 2005) (lifting automatic stay "to allow the litigation

commenced in the District Court to proceed").

   **SO ORDERED.**

DATED:  New York, New York
     July 22, 2025

               VALERIE FIGUEREDO
               United States Magistrate Judge