UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MANHATTAN SAFETY MAINE, INC., ET AL.,

                        Plaintiffs,          **19-CV-05642 (MKV)(VF)**

      -against-                         **ORDER**

MICHAEL BOWEN, ET AL.,

                        Defendants.
----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      A case management conference is hereby scheduled for **Thursday, September 25, 2025 at 10:00 a.m.** in Courtroom 17-A, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

DATED:    New York, New York
               August 4, 2025

                                                _____
                                                VALERIE FIGUEREDO
                                                United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/2025