UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MANHATTAN SAFETY MAINE, INC. and
RECOVERY EFFORT, INC.,

                                      Plaintiffs,

          -against-                          **19-cv-05642 (MKV) (VF)**

ARIE GENGER, ARNOLD BROSER, DAVID        **SCHEDULING ORDER**
BROSER, TEDCO, INC., and JOHN DOES 1-
10,

                                    Defendants,

               -and-

ADBG LLC, the GENGER LITIGATION TRUST,
And MICHAEL BOWEN, in his capacity as paying
agent,

                              Nominal Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       In light of this morning's conference, the parties are directed to complete all fact discovery by **Thursday, April 30, 2026.**

       The following discovery conferences are scheduled, all of which will be in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York:

- A discovery conference is scheduled for **Monday, October 27, 2025 at 3 p.m.** The parties are directed to submit letters raising any issues to be addressed at the conference by **Wednesday, October 22, 2025 at 5 p.m.**

- A discovery conference is scheduled for **Tuesday, November 18, 2025 at 2:30 p.m.** The parties are directed to submit letters raising any issues to be addressed at the conference by **Thursday, November 13, 2025 at 5 p.m.**

- A discovery conference is scheduled for **Tuesday, December 16, 2025 at 2:30 p.m.** The parties are directed to submit letters raising any issues to be addressed at the conference by **Thursday, December 11, 2025 at 5 p.m.**

- A discovery conference is scheduled for **Tuesday, January 13, 2026 at 2 p.m.** The parties are directed to submit letters raising any issues to be addressed at the conference by **Thursday, January 8, 2026 at 5 p.m.**

- A discovery conference is scheduled for **Thursday, February 12, 2026 at 11 a.m.** The parties are directed to submit letters raising any issues to be addressed at the conference by **Friday, February 6, 2026 at 5 p.m.**

- A discovery conference is scheduled for **Tuesday, March 17, 2026 at 2 p.m.** The parties are directed to submit letters raising any issues to be addressed at the conference by **Thursday, March 12, 2026 at 5 p.m.**

- A discovery conference is scheduled for **Monday, April 27, 2026 at 2 p.m.** The parties are directed to submit letters raising any issues to be addressed at the conference by **Wednesday, April 22, 2026 at 5 p.m.**

**SO ORDERED.**

DATED:   New York, New York
         September 25, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge