UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MANHATTAN SAFETY MAINE, INC. and
RECOVERY EFFORT, INC.,

                                                          Plaintiffs,

                      -against-                                             19-cv-05642 (MKV) (VF)

ARIE GENGER, ARNOLD BROSER, DAVID                **ORDER SCHEDULING**
BROSER, TEDCO, INC., and JOHN DOES 1-                **SETTLEMENT CONFERENCE**
10,

                                                     Defendants,

                                                     -and-

ADBG LLC, the GENGER LITIGATION TRUST,
And MICHAEL BOWEN, in his capacity as paying
agent,

                                      Nominal Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       A settlement conference in this matter is scheduled for **Thursday, January 15, 2026 at 10 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **Thursday, January 8, 2026.**

       **SO ORDERED.**

DATED:      New York, New York
                   September 25, 2025

                                                                          _____
                                                                          VALERIE FIGUEREDO
                                                                          United States Magistrate Judge