UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MANHATTAN SAFETY MAINE, INC. and RECOVERY EFFORT, INC.,<br><br>    Plaintiffs,<br><br>    - against -<br><br>ARNOLD BROSER, DAVID BROSER, TEDCO, INC., and JOHN DOES 1-10,<br><br>    Defendants,<br><br>    - and -<br><br>ADBG LLC, the GENGER LITIGATION TRUST, and MICHAEL BOWEN, in his capacity as paying agent,<br><br>    Nominal Defendants. | Case No. 1:19-cv-5642 (MKV) (VF)<br><br>**DECLARATION OF ROBIN RODRIGUEZ IN SUPPORT OF PLAINTIFF MANHATTAN SAFETY MAINE, INC.'S <u>MOTION TO SUBSTITUTE</u>** |

ROBIN RODRIGUEZ hereby deposes, says, and declares subject to the penalties of perjury:

1.  I am the principal of Manhattan Safety Maine, Inc. I am fully familiar with the facts and circumstances of this matter.

2.  I submit this Declaration in support of the motion of Plaintiff Manhattan Safety Maine, Inc. to Substitute Pursuant to FRCP 25(c), by which Manhattan Safety Maine, Inc., an entity formed under the laws of the State of Wyoming ("MSM WY") seeks to be substituted into the place of Plaintiff Manhattan Safety Maine, Inc., an entity organized under the laws of the State of Maine ("MSM ME").

3. MSM ME was organized under the laws of Maine on June 12, 2019. A true and correct copy of the "Articles of Incorporation" of MSM ME is attached hereto as Exhibit A.

4. On November 27, 2019, all officers and directors of MSM ME duly authorized the continuance of the company into Wyoming. A true and correct copy of MSM ME's "Resolution of Continuance" is attached hereto as Exhibit B.

5. MSM ME was dissolved on November 27, 2019. A true and correct copy of MSM ME's "Articles of Dissolution" is attached hereto as Exhibit C.

6. On December 10, 2019, Edward A. Buchanan, Secretary of State of the State of Wyoming, certified that Manhattan Safety Maine, Inc. had renounced its jurisdiction of formation (i.e. Maine) and "is now formed under the laws of the State of Wyoming in accordance with Wyoming statutes." A true and correct copy of the certification of Edward A. Buchanan, Secretary of State of the State of Wyoming concerning Manhattan Safety Maine, Inc. is attached hereto as Exhibit D.

7. At all relevant times, I have been the sole principal of both MSM ME and MSM WY.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 8, 2025
New York, NY

By: _____
Robin Rodriguez (Dec 8, 2025 12:25:15 EST)

Robin Rodriguez