# EXHIBIT A

**DOMESTIC BUSINESS CORPORATION**

**STATE OF MAINE**

**ARTICLES OF INCORPORATION**

File No. 20191658 D Pages 2
Fee Paid $ 145
DCN    2191632220002  ARTI
-----FILED-----------------------
06/12/2019

*[signature]*
Deputy Secretary of State

A True Copy When Attested By Signature

*[signature]*
Deputy Secretary of State

Pursuant to 13-C MRSA §202, the undersigned executes and delivers the following Articles of Incorporation:

**FIRST:** The name of the corporation is Manhattan Safety Maine, Inc.

**SECOND:** ("X" only if applicable)

☐ This is a professional corporation**formed pursuant to 13 MRSA Chapter 22-A to provide the following professional services:

_____
(type of professional services)

**THIRD:** The Clerk is a: (select **either** a Commercial or Noncommercial Clerk – Person **must** be a Maine resident)

☐ Commercial Clerk    CRA Public Number: _____

_____
(name of commercial clerk)

☑ Noncommercial Clerk
Robin Rodriguez
_____
(name of noncommercial clerk)

15 Ledge Road, Cumberland Foreside, ME 04110
_____
(physical location, not P.O. Box – street, city, state and zip code)

_____
(mailing address if different from above)

**FOURTH:** Pursuant to 5 MRSA §108.3, the clerk as listed above has consented to serve as the clerk for this corporation.

**FIFTH:** ("X" one box only)

☑ There shall be only one class of shares. The number of authorized shares is 100 _____.

(Optional) Name of class: _____

☐ There shall be two or more classes or series of shares. The information required by 13-C MRSA §601 concerning each such class and series is set forth in Exhibit ____ attached hereto and made a part hereof.

Form No. MBCA-6 (1 of 2)

**H:**      ("X" one box only)

[✓] The corporation will have a board of directors.

[ ] There will be no directors; the business of the Corporation will be managed by shareholders. ( 13-C MRSA §743)

**SEVENTH:**  (For corporations with directors, each of the following provisions is optional– "X" only if applicable)

[ ] The number of directors is limited as follows: not fewer than ____ nor more than ____ directors. (13-C MRSA §803)

[✓] To the fullest extent permitted by 13-C MRSA §202.2.D, a director shall have no liability to the Corporation or its shareholders for money damages for an action taken or a failure to take an action as a director.

[✓] Except as otherwise specified by contract or in its bylaws, the Corporation shall in all cases provide indemnification (including advances of expenses) to its directors and officers to the fullest extent permitted by law. (13-C MRSA §§202, 857 and 859)

**EIGHTH:**    ("X" only if applicable)

[ ] The Corporation elects to have preemptive rights as defined in 13-C MRSA §641.

**NINTH:**    ("X" only if applicable)

[ ] Additional provisions of these Articles of Incorporation are set forth in Exhibit ____ attached hereto and made a part hereof. (13-C MRSA §202)

**TENTH:**    Name and address of each Incorporator is set forth below or on Exhibit ___ attached hereto.

Robin Rodriguez
(type or print name of incorporator)

15 Ledge Road
(street or mailing address)

Cumberland Foreside, ME 04110
(city, state and zip code)

_____
(type or print name of incorporator)

_____
(street or mailing address)

_____
(city, state and zip code)

Dated June 12, 2019

*By  /s/ Robin Rodriguez
(signature of authorized person)

Robin Rodriguez, President
(type or print name and capacity)

----

**The professional corporation name must contain one of the following: "chartered," "professional corporation," "professional association" or "service corporation" or the abbreviation "P.C.," "P.A." or "S.C.". **Examples** of professional service corporations are accountants, attorneys, chiropractors, dentists, registered nurses and veterinarians. (This is not an inclusive list – see 13 MRSA §723.7.)

*These articles must be dated and executed pursuant to 13-C MRSA §121.5. By the chair of the board of directors; by an officer; by an incorporator; by a fiduciary; or by the clerk of the corporation.

Please remit your payment made payable to the Maine Secretary of State.

Submit completed form to:   Secretary of State
                            Division of Corporations, UCC and Commissions
                            101 State House Station, Augusta, ME 04333-0101
                            Telephone Inquiries: (207) 624-7752    Email Inquiries: CEC.Corporations@Maine.gov

Form No. MBCA-6 (2 of 2) Rev. 12/11/2017

**Merchant: Bur of Corp, Elections, & Comm**

111 Sewall Street
Augusta, ME 04330                                                    (207) 624-7736
US

**Order Information**

| | |
|---|---|
| Description: | Articles (immediate service) Manhattan Safety Maine, Inc. 20191053 D |
| Order Number: | P.O. Number: |
| Customer ID: | Invoice Number:  2191632221001 |

**Billing Information**                                **Shipping Information**

Robin Rodriguez
675 Berkmar Court
Charlottesville, VA 22901

Shipping:    0.00
Tax:         0.00
**Total: USD 245.00**

**Payment Information**

| | |
|---|---|
| Date/Time: | 12-Jun-2019 11:03:48 EDT |
| Transaction ID: | 41408113530 |
| Transaction Type: | Authorization w/ Auto Capture |
| Transaction Status: | Captured/Pending Settlement |
| Authorization Code: | 47888P |
| Payment Method: | MasterCard XXXX8341 |