# EXHIBIT B

## RESOLUTION
## OF
## CONTINUANCE

### Manhattan Safety Maine Inc.

We, the undersigned, constituting all of the officers/directors of the above named Company, do hereby authorize the continuance of the Company into Wyoming.

DATED 11/27/19

ROBIN C. RODRIGUEZ
Print Name

DIRECTOR.
Print Title

*[signature]*
Signature