# EXHIBIT C

**DOMESTIC
BUSINESS CORPORATION**

**STATE OF MAINE**

**ARTICLES OF DISSOLUTION**

Filing Fee $75.00

File No.  20191053 D  Pages 1
Fee Paid $ 75
DCN    2200132330013   DISS
---FILED---
01/02/2020

_Julie L Flynn_
Deputy Secretary of State

A True Copy When Attested By Signature
_Julie L Flynn_
Deputy Secretary of State

Manhattan Safety Maine, Inc.
(Name of Corporation)

Pursuant to 13-C MRSA §1404, the undersigned corporation executes and delivers the following Articles of Dissolution:

**FIRST:**     The date the original articles of incorporation were filed   June 12, 2019

**SECOND:**  The date on which the dissolution was authorized is   November 27, 2019

**THIRD:**     The future effective date of the articles of dissolution (if other than the date of filing of the articles of dissolution) is

_____

**FOURTH:**   (Check if applicable.)

[X]   The proposal to dissolve was duly approved by the shareholders in the manner required by this Act and by the corporation's articles of incorporation.

DATED    12/22/19

*By _____
(signature of any duly authorized officer)

Robin C. Rodriguez     President
(type or print name and capacity)

*This document MUST be signed by any duly authorized officer OR the clerk. (13-C MRSA §121.5)

Please remit your payment made payable to the Maine Secretary of State.

SUBMIT COMPLETED FORMS TO:  CORPORATE EXAMINING SECTION, SECRETARY OF STATE,
101 STATE HOUSE STATION, AUGUSTA, ME  04333-0101
TEL.  (207) 624-7752

FORM NO. MBCA-11  (1 of 1)  Rev. 3/17/2009