# EXHIBIT D

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that

**Manhattan Safety Maine, Inc.**

an entity originally organized under the laws of Maine on June 12, 2019, did on December 10, 2019 apply for a Certificate of Registration and filed Articles of Continuance in the office of the Secretary of State of State of Wyoming.

I further certify that **Manhattan Safety Maine, Inc.** renounced its jurisdiction of formation and is now formed under the laws of the State of Wyoming in accordance with Wyoming statutes.

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **10th** day of **December, 2019**.

Secretary of State

By: Angela Meena

Filed Date: 12/10/2019