**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
MANHATTAN SAFETY MAINE, INC. and
RECOVERY EFFORT, INC.,

                            Plaintiffs,

                 -against-

ARIE GENGER, ARNOLD BROSER, DAVID
BROSER, TEDCO, INC., and JOHN DOES 1-
10,

                            Defendants,

                 -and-

ADBG LLC, the GENGER LITIGATION TRUST,

And MICHAEL BOWEN, in his capacity as paying

 agent,

                     Nominal Defendants.
----------------------------------------------------------------X

**19-cv-05642 (MKV) (VF)**

**<u>ORDER RESCHEDULING
SETTLEMENT CONFERENCE</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

     A settlement conference in this matter is hereby rescheduled for **Thursday, May 28, 2026 at 10 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **May 21, 2026**.

     The Clerk of Court is respectfully directed to terminate the motion at ECF No. 129.

     **SO ORDERED.**

DATED:    New York, New York
           January 29, 2026

                          VALERIE FIGUEREDO
                          United States Magistrate Judge