**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MANHATTAN SAFETY MAINE, INC. and
RECOVERY EFFORT, INC.,

                             Plaintiffs,

                -against-

ARIE GENGER, ARNOLD BROSER, DAVID
BROSER, TEDCO, INC., and JOHN DOES 1-
10,

                            Defendants,

                -and-

ADBG LLC, the GENGER LITIGATION TRUST,
And MICHAEL BOWEN, in his capacity as paying
 agent,

                    Nominal Defendants.
------------------------------------------------------------------X

**19-CV-05642 (MKV) (VF)**

**<u>SCHEDULING ORDER</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The next discovery conference is scheduled for **<u>Monday, April 27, 2026 at 2 p.m.</u>**

in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. The

parties are directed to submit letters raising any discovery disputes to be addressed at the

conference by **<u>Monday, April 20, 2026 at 5 p.m.</u>** Any responses to those letters must be

submitted by **<u>Wednesday, April 22, 2026 at 5 p.m.</u>**

      **SO ORDERED.**

DATED:    New York, New York
           March 17, 2026

                                    _____
                                    VALERIE FIGUEREDO
                                    United States Magistrate Judge