# EMMET, MARVIN & MARTIN, LLP

### COUNSELLORS AT LAW

120 Broadway 32nd Floor
New York, New York 10271
212-238-3000

**www.emmetmarvin.com**



April 17, 2026

**Via ECF**

Hon. Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> **MEMO ENDORSED**
>
> **HON. VALERIE FIGUEREDO**
> **UNITED STATES MAGISTRATE JUDGE**
>
> **Dated: April 20, 2026**
>
> The conferenced is hereby rescheduled for **Monday, May 11, 2026, at 10 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 148.

**Re:** *Manhattan Safety v. Arie Genger, et al., 19-CV-05642 (MKV) (VF)*

Dear Judge Figueredo:

This firm represents non-parties Sagi Genger, TPR Investment Associates, Inc., D&K GP, and D&K LP ("Non-Movants") with respect to the motion to compel filed by defendant Tedco, Inc. ("Movant") in the above-referenced action. We write pursuant to to Individual Practice 1(d) to request an adjournment of the conference on the motion to compel. (Dkt. 147.)

1. The current date of the conference is Wednesday, May 20, 2026 at 1 PM.

2. This is the first request for an adjournment by any party.

3. The reason for the request is that I have a long-planned trip on May 14-21. As the motion involves matters in which I was personally involved across multiple firms, no other attorney at my present firm can feasibly handle the hearing.

4. I have consulted Chris Gartman, Esq., Movant's counsel, who consents to the request, provided that the adjourned conference not be scheduled for any of his **blackout dates of 5/6, 5/12, 5/14, 5/26 and 6/1**.

Requested Date. Based on the foregoing, Movants respectfully request that the May 20, 2026 conference be scheduled for any date either before May 14 or after May 21, other than the blackout dates of Movant's counsel listed above.

I thank the Court for its consideration.

Respectfully submitted,

John Dellaportas

cc:    All Counsel of Record Via ECF

NEW YORK, NEW YORK • MORRISTOWN, NEW JERSEY