UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
MANHATTAN SAFETY MAINE, INC. and
RECOVERY EFFORT, INC.,

                      Plaintiffs,

          -against-                          **19-CV-05642 (MKV) (VF)**

ARIE GENGER, ARNOLD BROSER, DAVID
BROSER, TEDCO, INC., and JOHN DOES 1-
10,                                        **ORDER SCHEDULING**
                                                **CONFERENCE**

                      Defendants,

           -and-

ADBG LLC, the GENGER LITIGATION TRUST,
And MICHAEL BOWEN, in his capacity as paying
 agent,

                  Nominal Defendants.
--------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A conference to discuss the issues raised in Tedco's letters at ECF Nos. 157 and 158 is hereby scheduled for **Wednesday, May 20, 2026, at 10 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.

      Non-parties the Bachman Law Firm and Ira Tokayer are directed to file any responses to Tedco's letter at ECF No. 157 by **May 12, 2026**. Tedco is further directed to serve its letter at ECF No. 157 and this Order on the Bachman Law Firm and Tokayer.

      Non-party Leah Sheff is directed to file any response to Tedco's letter at ECF No. 158 by **May 12, 2026**. Tedco is further directed to serve its letter at ECF No. 158 and this Order on Sheff.

      **SO ORDERED.**

DATED:     New York, New York
             May 4, 2026

                                    _____
                                    VALERIE FIGUEREDO
                                    United States Magistrate Judge