**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MANHATTAN SAFETY MAINE, INC. and
RECOVERY EFFORT, INC.,

                              Plaintiffs,

              -against-                                          **19-CV-05642 (MKV) (VF)**

ARIE GENGER, ARNOLD BROSER, DAVID                               **SCHEDULING ORDER**
BROSER, TEDCO, INC., and JOHN DOES 1-
10,

                              Defendants,

              -and-

ADBG LLC, the GENGER LITIGATION TRUST,
And MICHAEL BOWEN, in his capacity as paying
 agent,

                       Nominal Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

       A conference to discuss the issues raised in Tedco's letters at ECF Nos. 157 and 158

is hereby rescheduled for **Wednesday, May 20, 2026, at 11 a.m.** via Microsoft Teams.

Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference

line at the scheduled time. **Please dial (646) 453-4442; access code [195 716 66#].**

       Additionally, as discussed at today's conference, the parties are directed to adhere to

the following deadlines:

- Plaintiffs and non-parties Sagi Genger, TPR Investment Associates, Inc., D&K GP,

   and D&K LP will file their letters on the common interest privilege by **May 22,**

   **2026**.

- Plaintiffs will make their supplemental production to the Broser Defendants by **May 29, 2026**.

- Responses to the common interest privilege submissions will be due by **June 5, 2026**.

- Plaintiffs will provide an updated privilege log to the Broser Defendants by **June 12, 2026**. Replies in support of the common interest privilege letters will be due **June 12, 2026**.

- All fact discovery will close on **September 30, 2026**.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 146 and 163.

Tedco is directed to serve this Order on non-parties Sagi Genger, TPR Investment Associates, Inc., D&K GP, D&K LP, the Bachman Law Firm, Ira Tokayer, and Leah Sheff.

**SO ORDERED.**

DATED:  New York, New York
        May 11, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge