## John Dellaportas

**From:** Daniel Cohen <dcohen@wmhlaw.com>
**Sent:** Thursday, June 13, 2019 2:14 PM
**To:** John Dellaportas
**Subject:** RE: COMMON INTEREST PRIVILEGE


Thanks John. I believe your email crossed with mine.  Yes, I confirm.

Daniel A. Cohen
Walden Macht & Haran LLP
One Battery Park Plaza, 34th Floor
New York, New York  10004
Office Phone: (212) 335-2042
Cell Phone: (347) 385-2470
Email: dcohen@wmhlaw.com

This email message comes from a law firm and it may contain information that is confidential, privileged and/or attorney work product, subject to all privileges and protections. If you are not an intended recipient, any dissemination, distribution or copying of this email or any of its attachments is strictly prohibited. Please immediately notify the sender by replying to this email and please delete the message and any attachments. Thank you.

**From:** John Dellaportas <JDellaportas@EMMETMARVIN.COM>
**Sent:** Thursday, June 13, 2019 2:13 PM
**To:** Daniel Cohen <dcohen@wmhlaw.com>
**Subject:** COMMON INTEREST PRIVILEGE

Dan, as I have recently switched law firms, I wanted to reiterate our prior agreement that any and all communications between us relating to Genger matters shall be within the scope of the common interest privilege between your clients and mine.  Please confirm by reply email that this is still the case.  Thank you.  John

**John Dellaportas**
**Co-Chair, Litigation Department**
Emmet, Marvin & Martin, LLP
120 Broadway 32nd Floor
New York, NY 10271
Tel:  212-238-3092
Fax: 212-238-3100
Email: jdellaportas@emmetmarvin.com



**John Dellaportas**
Emmet, Marvin & Martin, LLP
120 Broadway 32nd Floor
New York, NY 10271
Tel: 212-238-3092