POLLOCK | COHEN LLP
111 BROADWAY, SUITE 1804
NEW YORK, NY 10006
(212) 337-5361

May 29, 2026

**VIA ECF**

Hon. Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:   *Manhattan Safety Maine, et al. v. Genger, et al.*, 1:19-cv-5642 (MKV/VF)

Dear Judge Figueredo:

We represent Plaintiff Recovery Effort, Inc. ("REI") in the above referenced matter. We write to briefly respond to the Broser Defendants' letter regarding the status of discovery. (ECF No. 186.)

On behalf of REI, after meeting and conferring with the Broser Defendants regarding search terms, running those terms through years of communications and documents, and reviewing those results, we have produced documents to the Broser Defendants.

We also understand that following his review of the documents, Spencer Schneider, counsel for Manhattan Safety Maine ("MSM") will start to produce documents next week and will complete the production by June 5, 2026.

Thank you for Your Honor's consideration.

Respectfully submitted,

*/s/ Adam Pollock*

Adam Pollock