**Exhibit A**

## Mills, Carl

| | |
|---|---|
| **From:** | Jennifer R. Pierce <jpierce@emmetmarvin.com> |
| **Sent:** | Monday, June 8, 2026 6:21 PM |
| **To:** | Mills, Carl; John Dellaportas |
| **Cc:** | Gartman, Chris; Beitler, Elizabeth |
| **Subject:** | RE: Manhattan Safety v Genger |
| **Attachments:** | Hit Report.pdf |

**CAUTION: This email was sent by someone outside of the Firm.**

Counsel –

Pursuant to the Court's June 1, 2026 Memo Endorsement, please see the attached hit report.

Regards,

**Jennifer Rose Pierce**
Emmet, Marvin & Martin, LLP
120 Broadway 32nd Floor
New York, NY 10271
Tel: 212-238-3142
Fax: 212-238-3100
Email: jpierce@emmetmarvin.com



EMMET, MARVIN & MARTIN, LLP

**Confidentiality Disclosure:** The information in this email and in attachments is confidential and intended solely for the attention and use of the named addressee(s). This information may be subject to legal professional or other privilege or may otherwise be protected by work product immunity or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to and must not disclose, copy, distribute, or retain this message or any part of it.

From: Mills, Carl <carl.mills@hugheshubbard.com>
Sent: Wednesday, May 20, 2026 3:17 PM
To: John Dellaportas <JDellaportas@EMMETMARVIN.COM>; Jennifer R. Pierce <jpierce@emmetmarvin.com>
Cc: Gartman, Chris <chris.gartman@hugheshubbard.com>; Beitler, Elizabeth <elizabeth.beitler@hugheshubbard.com>
Subject: RE: Manhattan Safety v Genger

**Attention:** This email was sent from someone outside of Emmet, Marvin & Martin, LLP. Always use caution when opening attachments or clicking links from unknown senders or when receiving unexpected emails.

A hit report would be helpful. It also would be helpful to know whether the hit counts below are cumulative or represent just the unique documents from the combined sets of search terms.
Carl


**Carl Mills** | Counsel

He/Him

**Hughes Hubbard & Reed LLP**

One Battery Park Plaza, 15th floor | New York | NY10004-1482
Office +1 (212) 837-6960 | Cell +1 (646) 453-9613 | Fax +1 (212) 422-4726

carl.mills@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

---

**From:** John Dellaportas <JDellaportas@EMMETMARVIN.COM>
**Sent:** Wednesday, May 20, 2026 2:47 PM
**To:** Mills, Carl <carl.mills@hugheshubbard.com>; Jennifer R. Pierce <jpierce@emmetmarvin.com>
**Cc:** Gartman, Chris <chris.gartman@hugheshubbard.com>; Beitler, Elizabeth <elizabeth.beitler@hugheshubbard.com>
**Subject:** RE: Manhattan Safety v Genger


> **CAUTION: This email was sent by someone outside of the Firm.**


No, I don't. This is the client's gmail. If you would like me to ask the client to run a "hit report," I will do so. John

---

**From:** Mills, Carl <carl.mills@hugheshubbard.com>
**Sent:** Wednesday, May 20, 2026 2:42 PM
**To:** John Dellaportas <JDellaportas@EMMETMARVIN.COM>; Jennifer R. Pierce <jpierce@emmetmarvin.com>
**Cc:** Gartman, Chris <chris.gartman@hugheshubbard.com>; Beitler, Elizabeth <elizabeth.beitler@hugheshubbard.com>
**Subject:** RE: Manhattan Safety v Genger

> **Attention:** This email was sent from someone outside of Emmet, Marvin & Martin, LLP. Always use caution when opening attachments or clicking links from unknown senders or when receiving unexpected emails.

Thanks, John
Do you have a hit report with the hits for each term broken down by datasource?
It will be difficult to have a meaningful discussion without that.
Carl


**Carl Mills** | Counsel

He/Him

**Hughes Hubbard & Reed LLP**

One Battery Park Plaza, 15th floor | New York | NY10004-1482
Office +1 (212) 837-6960 | Cell +1 (646) 453-9613 | Fax +1 (212) 422-4726

carl.mills@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** John Dellaportas <JDellaportas@EMMETMARVIN.COM>
**Sent:** Wednesday, May 20, 2026 2:23 PM
**To:** Mills, Carl <carl.mills@hugheshubbard.com>; Jennifer R. Pierce <jpierce@emmetmarvin.com>
**Cc:** Gartman, Chris <chris.gartman@hugheshubbard.com>; Beitler, Elizabeth <elizabeth.beitler@hugheshubbard.com>
**Subject:** RE: Manhattan Safety v Genger

**CAUTION: This email was sent by someone outside of the Firm.**

Carl, we are available to meet and confer at your convenience.

We ran your search terms, which yielded approximately 104K hits.  When we narrowed the search terms to just "D&K Note," "TRI shares" and "Manhattan Safety," just those three terms yielded 3,888 hits.  Unless Tedco is willing to pay our attorney's fees, reviewing 3,888 emails is an undue burden for a non-party.  We ask you to provide us narrower searches.

Thank you.

John

**John Dellaportas**
Emmet, Marvin & Martin, LLP
120 Broadway 32nd Floor
New York, NY 10271
Tel: 212-238-3092
Fax: 212-238-3100
Email: jdellaportas@emmetmarvin.com

EMMET, MARVIN & MARTIN, LLP

**Confidentiality Disclosure:** The information in this email and in attachments is confidential and intended solely for the attention and use of the named addressee(s). This information may be subject to legal professional or other privilege or may otherwise be protected by work product immunity or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to and must not disclose, copy, distribute, or retain this message or any part of it.

**From:** Mills, Carl <carl.mills@hugheshubbard.com>
**Sent:** Wednesday, May 20, 2026 2:18 PM
**To:** John Dellaportas <JDellaportas@EMMETMARVIN.COM>; Jennifer R. Pierce <jpierce@emmetmarvin.com>
**Cc:** Gartman, Chris <chris.gartman@hugheshubbard.com>; Beitler, Elizabeth <elizabeth.beitler@hugheshubbard.com>
**Subject:** RE: Manhattan Safety v Genger

**Attention:** This email was sent from someone outside of Emmet, Marvin & Martin, LLP. Always use caution when opening attachments or clicking links from unknown senders or when receiving unexpected emails.

---

Counsel,

Per the Court's direction, we are available to meet and confer today regarding the search terms we circulated per the below. If no meet and confer is necessary and you are running the search terms as proposed please let us know.

Carl

**Carl Mills** | Counsel
He/Him

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 15th floor | New York | NY10004-1482
Office +1 (212) 837-6960 | Cell +1 (646) 453-9613 | Fax +1 (212) 422-4726
carl.mills@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

---

**From:** Mills, Carl
**Sent:** Wednesday, May 13, 2026 4:50 PM
**To:** 'jdellaportas@emmetmarvin.com' <jdellaportas@emmetmarvin.com>; 'jpierce@emmetmarvin.com'
<jpierce@emmetmarvin.com>
**Cc:** Gartman, Chris <chris.gartman@hugheshubbard.com>; Beitler, Elizabeth <elizabeth.beitler@hugheshubbard.com>
**Subject:** Manhattan Safety v Genger

Counsel,

Per the Court's direction during Monday's conference, I have attached a list of search terms for Mr. Genger, D&K GP, D&K LP, and TPR Investment Associates, Inc., to use in conducting their searches for electronically stored information responsive to Tedco's requests in its Rule 45 subpoenas.

Regards,

Carl





