

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Christopher Gartman
Partner
Direct Dial: +1 (212) 837-6350
Direct Fax: +1 (212) 299-6350
chris.gartman@hugheshubbard.com

June 22, 2026

**VIA ECF**

Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re: *Manhattan Safety Maine, Inc., et al. v. Genger, et al.*,
> No. 1:19-cv-5642 (MKV) (VF)

Dear Judge Figueredo:

We write on behalf of defendants David Broser, Arnold Broser, and Tedco, Inc. ("Tedco"), as well as nominal defendants ADBG LLC and the Genger Litigation Trust (collectively, the "Broser Defendants"), pursuant to the Court's June 1, 2026 memo endorsement (ECF No. 190, the "June 1 Memo"), to provide an update regarding the status of discovery.

In accordance with the Court's June 1 Memo, on June 4, 2026, counsel to the Bachman Law Firm and Ira Tokayer provided the Broser Defendants' counsel with the last known address for Dalia Genger. The address provided is the same New York City address upon which service was attempted multiple times in February 2026.

Plaintiffs Recovery Effort, Inc. ("REI") and Manhattan Safety Maine, Inc. ("MSM") made supplemental document productions on May 29, 2026 and June 5, 2026, respectively. The parties are continuing to confer regarding production and privilege issues.

The letter briefing regarding the common interest privilege asserted by Plaintiffs and certain subpoena recipients, including Sagi Genger, D&K GP, D&K LP, and TPR Investment Associates, Inc. (collectively, the "Subpoena Recipients"), was completed on June 12, 2026. (*See* ECF Nos. 171-2, 191-2, 197-8.) The Broser Defendants dispute the positions taken by Plaintiffs and the Subpoena Recipients in their replies.

Letter briefing has also been completed regarding Tedco's motion to compel compliance by the Subpoena Recipients with respect to their failure to provide hit reports for Tedco's search terms pursuant to the June 1 Memo. (*See* ECF Nos. 193, 196.) Tedco disputes the positions taken by the Subpoena Recipients in their opposition.

We are available at the Court's convenience to discuss any of the foregoing matters or any other open issues.

Respectfully submitted,

*/s/ Christopher Gartman*

*Counsel for defendants David Broser, Arnold Broser, and Tedco, Inc., and nominal defendants ADBG LLC and the Genger Litigation Trust*

cc:   All counsel of record (via ECF)