**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
MANHATTAN SAFETY MAINE, INC. and
RECOVERY EFFORT, INC.,

                      Plaintiffs,

         -against-                           **19-CV-05642 (MKV) (VF)**

ARIE GENGER, ARNOLD BROSER, DAVID                **SCHEDULING ORDER**
BROSER, TEDCO, INC., and JOHN DOES 1-
10,

                      Defendants,

                      -and-

ADBG LLC, the GENGER LITIGATION TRUST,
And MICHAEL BOWEN, in his capacity as paying
 agent,

                   Nominal Defendants.
-------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A conference to discuss the issues raised in the letters on the common interest

privilege is hereby scheduled for **Tuesday, July 21, 2026, at 11 a.m.** via Microsoft Teams.

Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference

line at the scheduled time. **Please dial (646) 453-4442; access code [397 905 792#].**

      **SO ORDERED.**

DATED:    New York, New York
          July 6, 2026

                                  _____
                                  VALERIE FIGUEREDO
                                  United States Magistrate Judge