**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

MANHATTAN SAFETY MAINE, INC. and RECOVERY EFFORT, INC.,

Plaintiffs,

-against-

ARIE GENGER, ARNOLD BROSER, DAVID BROSER, TEDCO, INC., and JOHN DOES 1-10,

Defendants,

-and-

ADBG LLC, the GENGER LITIGATION TRUST, And MICHAEL BOWEN, in his capacity as paying agent,

Nominal Defendants.

---------------------------------------------------------------X

**19-CV-05642 (MKV) (VF)**

**<u>ORDER</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

As discussed at today's conference, the parties are directed to adhere to the following briefing schedule for supplemental submissions on the common interest privilege:

- Defendants' opening letter brief due **<u>August 3, 2026</u>**.
- Responses due **<u>August 17, 2026</u>**.
- Defendants' reply, if any, due **<u>August 31, 2026</u>**.

**SO ORDERED.**

DATED: New York, New York
July 21, 2026

VALERIE FIGUEREDO
United States Magistrate Judge