TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Brian F. Moore
Minta. J. Nester

*Attorneys for Arie Genger*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANHATTAN SAFETY MAINE, INC. and RECOVERY EFFORT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ARIE GENGER, ARNOLD BROSER, DAVID BROSER, TEDCO, INC., and JOHN DOES 1-10,<br><br>Defendants,<br><br>-and-<br><br>ADBG LLC, the GENGER LITIGATION TRUST, and MICHAEL BOWEN, in his capacity as paying agent,<br><br>Nominal Defendants. | Civil Action No. 1:19-cv-5642 (MKV)(VF) |

**MOTION TO WITHDRAW**
**TOGUT, SEGAL, AND SEGAL LLP AS ATTORNEYS FOR ARIE GENGER**

Pursuant to Rule 1.4 of the Local Rules of the Local Rules for the United States District Court for the Southern District of New York, Togut, Segal & Segal LLP (the "Togut Firm") respectfully moves to withdraw as counsel for Defendant Arie Genger in this matter.

1. The Togut Firm has appeared on behalf of Arie Genger in the above-captioned action (the "Action") [Docket Nos. 97, 98, 105].

2. Effective September 1, 2026, Arie Genger ceased to be a client of the Togut Firm when Frank A. Oswald, Esq., a former member of the Togut Firm, joined Nixon Peabody LLP ("Nixon Peabody").

3. Arie Genger does not oppose the relief sought and has consented to his case file for the Action being transferred to Nixon Peabody.

4. In connection with this Application, the Togut Firm and Nixon Peabody have executed a stipulation of substitution (the "Stipulation"), consented to by Arie Genger, for the substitution of Nixon Peabody as attorneys for Arie Genger in the Action. The Stipulation is attached hereto as **Exhibit A**.

5. As set forth in the Stipulation, Nixon Peabody does not intend to seek modification of any existing deadlines or dates for court appearances in this case on account of the substitution.

6. As required by the Local Rules, a proposed order is attached hereto as **Exhibit B**.

***[concluded on following page]***

The undersigned counsel respectfully requests this Honorable Court to enter an order granting the motion to withdraw the Togut Firm as counsel for Defendant Arie Genger.

Dated: September 18, 2026
New York, New York

Respectfully submitted,

TOGUT, SEGAL & SEGAL LLP
*Attorneys for Arie Genger*
By:

*/s/ Minta J. Nester*
BRIAN F. MOORE
MINTA J. NESTER
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000