UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANHATTAN SAFETY MAINE, INC. and RECOVERY EFFORT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ARIE GENGER, ARNOLD BROSER, DAVID BROSER, TEDCO, INC., and JOHN DOES 1-10,<br><br>Defendants,<br><br>-and-<br><br>ADBG LLC, the GENGER LITIGATION TRUST, and MICHAEL BOWEN, in his capacity as paying agent,<br><br>Nominal Defendants. | Civil Action No. 1:19-cv-5642 (MKV)(VF) |

**STIPULATION FOR THE**
**SUBSTITUTION OF ATTORNEYS FOR ARIE GENGER**

**WHEREAS**, Togut, Segal, and Segal LLP (the "Togut Firm") has appeared on behalf of Arie Genger in the above-captioned action (the "Action") [Docket Nos. 97, 98, 105];

**WHEREAS**, as of September 1, 2026, Arie Genger ceased to be a client of the Togut Firm when Frank A. Oswald, Esq., a former member of the Togut Firm, joined Nixon Peabody LLP (Nixon Peabody");

**WHEREAS**, Arie Genger has consented to his case file for this Action being transferred to Nixon Peabody;

**WHEREAS**, the Togut Firm will file an application requesting authority to withdraw Arie Genger's attorneys (the "Application") and serve the Application on Arie Genger;

**WHEREAS**, Arie Genger voluntarily seeks to substitute his counsel in this Action; and

**WHEREAS**, Nixon Peabody does not intend to seek modification of any existing deadlines or dates for court appearances in this case on account of the substitution;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT**, subject to approval by the Court, Arie Genger substitutes Nixon Peabody as counsel of record for Arie Genger in place of the Togut Firm.

Dated: September 18, 2026
New York, New York

**Outgoing Attorneys:**
TOGUT, SEGAL & SEGAL, LLP

By: /s/ *Minta J. Nester*
Brian F. Moore
Minta J. Nester
Togut, Segal & Segal LLP
One Pennsylvania Plaza, Suite 3335
New York, New York 10019
(212) 594-5000
Email: bmoore@teamtogut.com
mnester@teamtogut.com

Dated: September 18, 2026
New York, New York

**Incoming Attorneys:**
NIXON PEABODY LLP

By: /s/ *Frank A. Oswald*
Frank A. Oswald
Christopher M. Desiderio
Nixon Peabody LLP
55 West 46th Street
New York, New York 10036
(212) 940-3000
Email: foswald@nixonpeabody.com
cdesiderio@nixonpeabody.com

**Consented To:**

/s/ *Arie Genger*
Arie Genger