UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANHATTAN SAFETY MAINE, INC. and RECOVERY EFFORT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ARIE GENGER, ARNOLD BROSER, DAVID BROSER, TEDCO, INC., and JOHN DOES 1-10,<br><br>Defendants,<br><br>-and-<br><br>ADBG LLC, the GENGER LITIGATION TRUST, and MICHAEL BOWEN, in his capacity as paying agent,<br><br>Nominal Defendants. | Civil Action No. 1:19-cv-5642 (MKV)(VF) |

**PROPOSED ORDER TO WITHDRAW TOGUT, SEGAL, AND SEGAL LLP AS ATTORNEYS FOR ARIE GENGER**

**WHEREAS**, the Court has reviewed the *Motion to Withdraw Togut, Segal, and Segal LLP as Attorneys for Arie Genger* as well as the substitution stipulation annexed thereto;

**IT IS HEREBY ORDERED THAT** the appearance of the Togut Firm in this matter is terminated;

**IT IS FURTHER ORDERD THAT** the Clerk of the Court shall remove the Togut Firm from the docket sheet in this matter.

**IT IS SO ORDERED.**

Dated: ______________________
New York, New York

______________________________
HON. VALERIE FIGUEREDO
United States Magistrate Judge