GreenbergTraurig

Curtis Leitner
Tel 212.801.9278
Fax 212.801.6400
Curtis.Leitner@gtlaw.com

MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: October 20, 2026**

The October 21 settlement conference was adjourned pursuant to the Court's order at ECF No. 247. The Clerk of Court is respectfully directed to close the motion at ECF No. 239.

October 13, 2026

**VIA ECF**

Honorable Valerie M. Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10017

Re: *Manhattan Safety Maine, Inc., et al v. Genger, et al.*, No. 19-CV-5642 (MKV) (VF)

Dear Judge Figueredo:

This firm represents Plaintiff Manhattan Safety Maine, Inc. ("MSM") in the above-referenced action. The parties are scheduled to have a settlement conference with the Court on October 21, 2026, at 10:00 am. Pursuant to Rule 3 of the Court's Standing Order Applicable To Settlement Conferences, I write to request an exemption from the requirement that the principal of MSM, Robin Rodriguez, be required to attend the conference in person.

Mr. Rodriguez resides in Puerto Rico. On October 21, he will also be participating in a separate mediation for a civil matter in Puerto Rico, which is scheduled to run from approximately 2:30 pm to 5:00 pm. However, during that timeframe, Mr. Rodriguez will make himself available in connection with the mediation with your Honor as needed. Of course, Mr. Rodriguez will also be generally available to participate during the rest of the day.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Curtis Leitner*

Curtis Leitner

cc: counsel of record via ECF