UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

MANHATTAN SAFETY MAINE, INC., et al.,

Plaintiffs,

19-CV-5642 (MKV) (VF)

-against-

**ORDER**

ARIE GENGER, et al.,

Defendants.

---------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On October 16, 2026, Plaintiff Manhattan Safety Maine filed a motion to disqualify counsel. ECF No. 239. On this issue, Defendant Michael Bowen is directed to file his brief on or before **October 30, 2026**. Manhattan Safety Maine's reply shall be filed on or before **November 6, 2026**.

**SO ORDERED.**

DATED: New York, New York
October 20, 2026

VALERIE FIGUEREDO
United States Magistrate Judge