**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

MANHATTAN SAFETY MAINE, INC, et al.,

Plaintiffs,

-against-

ARIE GENGER, et al.,

Defendants.

---------------------------------------------------------------X

19-CV-5642 (MKV) (VF)

**ORDER SCHEDULING CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A conference to address the common-interest privilege dispute is hereby scheduled for **Wednesday, November 4, 2026, at 2:00 p.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

DATED: New York, New York
October 28, 2026

VALERIE FIGUEREDO
United States Magistrate Judge