**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
MANHATTAN SAFETY MAINE, INC.,

Plaintiff,

-against-

ARIE GENGER, et al.,

Defendants.
---------------------------------------------------------------X

**19-CV-5642 (MKV) (VF)**

**ORDER**

**FILED UNDER SEAL**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Court held a conference in this case on November 4, 2026, at which a decision on the common-interest privilege issue raised by the parties was rendered. As discussed at the conference, the following deadlines apply:

- By **November 25, 2026**, Sagi Genger will submit an affidavit from an appropriate person explaining what happened to the email accounts for 1211 Park and TPR Investments. The affidavit should contain the information discussed at the conference, including the name of the server that hosted those email accounts.
- By **December 4, 2026**, Sagi Genger will produce the emails that are responsive to Defendants' subpoena that are still in his possession, custody, or control from 1211 Park and TPR Investments, and were produced in prior litigations.
- By **December 4, 2026**, Sagi Genger will produce a hit report consistent with the discussion at the conference.
- By **November 10, 2026**, Defendants will submit a letter confirming the authority to compel the search of Sternberg's personal email account. Any response by the non-party subpoena recipients is due by November 17, 2026.

- To the extent any party receives a production of documents from a non-party in response to a subpoena, the production of documents must be shared with all parties within 30 days of the party's receipt of that production.
- By **December 4, 2026**, Manhattan Safety Maine will produce its privilege log to Defendants.

The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 226.

**SO ORDERED.**

DATED: New York, New York
November 5, 2026



VALERIE FIGUEREDO
United States Magistrate Judge